UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No. 7:22-cv-172-FL

| | |
|---|---|
| FORTITUDE LIFE INSURANCE & ANNUITY COMPANY, ) ) ) Plaintiff ) ) vs. ) ) AMANDA SCRIVEN, JAMES SCRIVEN, AS, ) EXECUTOR OF THE ESTATE OF RICHARD ) MOSLEY, THE AMERICAN NATIONAL RED ) CROSS D/B/A AMERICAN RED CROSS, ) AMERICAN RED CROSS OF EASTERN ) NORTH CAROLINA, AND NORTH ) CAROLINA COMMISION FOR THE BLIND ) ) Defendants. ) ) _____ ) | ORDER GRANTING JOINT MOTION FOR DISBURSEMENT OF PROCEEDS AND DISMISSAL OF ALL CLAIMS |

Upon Consideration of Defendants Joint Motion for Disbursement of Proceeds and Dismissal of All Claims; and

It appearing to this Court that that good cause exists for granting of this Motion; and that said Motion should be allowed.

IT IS THEREFORE ORDERED that the Joint Motion is GRANTED and:

1. The Clerk of Court shall disburse the annuity death benefit deposited into Court by Plaintiff pursuant to the Order of this Court dated June 6, 2023 [DE 24], as follows: (1) 50% of the current balance payable to Defendant "American National Red Cross"; and (2) 50% of the current balance payable to Defendant "The North

- 1 -

Carolina Commission for the Blind." The checks for said amounts shall be mailed to counsel of record as follows:

American Red Cross
Attn: Alisa A. Macht
431 18th Street, NW
Washington, DC 20006

North Carolina Commission for the Blind
Division of Services for the Blind
Attn: Cynthia Speight, Director
309 Ashe Avenue, Fisher Building
2601 Mail Service Center
Raleigh, NC 27699-2601

2. The above-captioned action and all claims that were alleged by Defendants herein, including Crossclaims and Counterclaims, and all claims that might have been alleged by any of the above-named Defendants are *hereby* DISMISSED WITH PREJUDICE, with all parties to bear responsibility for their own attorneys' fees and costs.

IT IS SO ORDERED.

This the 7th day of September, 2023.

_____
LOUISE W. FLANAGAN
United States District Judge